UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2014
```

-------------------------------------------------------- X
                                                         :
CHAUNCEY MAHAN,                                          :
                                                         :
                          Plaintiff,        :            14 Civ. 5075 (LGS)
                                                         :
              -against-                     :            ORDER
                                                         :
ROC NATION, LLC, et al.,                    :
                                                         :
                          Defendants.       :
                                                         :
-------------------------------------------------------- :
                                                         X

LORNA G. SCHOFIELD, District Judge:

 WHEREAS Defendants have filed Motions to Dismiss the First Amended Complaint

(Dkt. Nos. 35, 37).

 WHEREAS the Court will take these Motions to Dismiss the First Amended Complaint

under advisement.

 It is hereby ORDERED that the Defendants' prior Motions to Dismiss (Dkt. Nos. 13, 18)

are hereby DENIED as moot.

 The Clerk of the Court is respectfully directed to close the motions at Docket Nos. 13 and

18.

 SO ORDERED.

Dated: October 31, 2014
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE